UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| (03) James Bullock | ) | **3:03cr218** |
|     d/b/a The Mega Group | ) |  |
|     d/b/a Jalen Investments | ) |  |
|  | ) |  |

## RESTITUTION ORDER

      CAME ON TO BE HEARD, the United States' Motion for Mandatory Victim Restitution pursuant to Title18, United States Code, Section 3663A(c)(1). Finding merit in, and good cause for, the Court grants said motion and makes the following findings of fact:

      WHEREAS, defendant JAMES DAVID BULLOCK stipulated in his plea agreement and at his sentencing hearing that restitution was due to certain victims of his offenses. The Court also heard evidence and made findings of fact concerning victims entitled to restitution and amounts due to said victims in a joint hearing with co-defendants Christopher Reginald Hines and Eric Clinton Crawford with respect to the Mega Group Fraud.

      WHEREFORE, IT IS HEREBY ORDERED that defendant JAMES DAVID BULLOCK shall be ordered to pay restitution to the victims listed below in the amounts listed below, in the total amount of **$ 3,238,729.93**. Defendant JAMES DAVID BULLOCK is jointly and severally liable to the Mega victims listed below with Eric Clinton Crawford, Christopher Reginald Hines, James Patterson, Amanda Eick and others as yet uncharged in the total amount of **$2,834,398.10**. Defendant JAMES DAVID BULLOCK is jointly and severally liable to the Jalen victims listed below with James Patterson, Amanda Eick and others as yet uncharged in the total amount of **$404,331.83.**

      IT IS FURTHER ORDERED THAT restitution is payable in full immediately. In the event that the defendant cannot pay the total amount of restitution immediately through the liquidation of the assets or otherwise, partial payments shall be paid first to Ms. Florence Fulton and then to the remaining victims, pro rata.

| VICTIM/LENDERS | RESTITUTION AMOUNT |
|---|---|
| **Mega Victim/lenders** | **Mega Restitution Amount** |
| Credit Suisse First Boston | $ 779,748.73 |
| Sunshine Mortgage | $ 486,131.83 |
| HSBC | $ 42,371.64 |
| Union Planters d/b/a Regions Mortgage | $ 643,394.42 |

| VICTIM/LENDERS | RESTITUTION AMOUNT |
|---|---|
| Homecomings Financial | $ 86,025.47 |
| Countrywide | $ 188,221.82 |
| Greenpoint Mortgage | $ 387,668.48 |
| Alterna Mortgage | $ 125,000.00 |
| First National Bank of Arizona | $ 9,279.80 |
| Resource Bank | $ 86,555.91 |
| **Sub-Total Mega** | **$2,834,398.10** |
| **Jalen Victim/lenders** | **Jalen Restitution Amount** |
| Ms. Florence Fulton | $ 4,000.00 |
| Credit Suisse First Boston | $ 36,687.57 |
| Sunshine Mortgage | $ 54,120.26 |
| Novastar | $ 4,877.14 |
| Washington Mutual | $ 127,244..99 |
| Safeco Title | $ 177,401.87 |
| **Sub-Total Jalen** | **$ 404,331.83** |
| **GRAND TOTAL** | **$ 3,238,729.93** |

It is SO ORDERED.

Signed: March 13, 2007

Graham C. Mullen
United States District Judge